**STATE of Missouri, Respondent,**

v.

**Thadius J. HUGHES, Appellant.**

### WD 77890

Missouri Court of Appeals, Western District.

Filed: December 29, 2015

Application for Transfer to Supreme Court Denied February 2, 2016

Application for Transfer Denied April 5, 2016

Richard A. Starnes, Jefferson City, MO for Respondent.

S. Kate Webber, Kansas City, MO for Appellant.

Before Division Two: Mark D. Pfeiffer, Presiding Judge, Lisa White Hardwick and James E. Welsh, Judges

### ORDER

Per Curiam

Following a jury trial, Thadius Hughes appeals his convictions for first-degree assault and armed criminal action. Hughes contends the circuit court plainly erred in admitting evidence of prior uncharged violent acts. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction. Rule 30.25(b).